FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　vs.<br>Alvarez-Garcia, Efrain<br>　　　　　　Defendant. | Case No.: SA12-386-M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _background, cmty ties unknown; bail resources unknown. Illegal immigration status; nature of the allegations_

1    which evidence a lack of amenability to supervision

2

3    and/or

4 B.    [X] The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7    finding is based on   his commission of new offenses
8    while under supervision; probation violation
9    history; criminal history record, which
10    involves convs for crimes of violence and for
11    narcotics offenses

12

13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

15

16 DATED:   8/8/12

17                                 ROBERT N. BLOCK
                                   UNITED STATES MAGISTRATE JUDGE